COURTESY COPY

08 CV 3538

RECEIVED
APR 11 2008
U.S.D.C. S.D.N.Y.
CASHIERS

199-08/DPM/MAM
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiffs
LIBRA SHIPPING PTE. LTD.
80 Pine Street
New York, NY 10005
Telephone: (212) 425-1900 / Facsimile: (212) 425-1901
Don P. Murnane, Jr. (DM 3639)
Manuel A. Molina (MM 1017)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
LIBRA SHIPPING PTE. LTD.,

              Plaintiff,

-against-

TONGLI SHIPPING CO. LTD.,

              Defendant.
-----------------------------------------------------------x

08 CIV. _____ ( )

**VERIFIED COMPLAINT**

Plaintiff LIBRA SHIPPING PTE. LTD. ("LIBRA"), by its attorneys Freehill Hogan & Mahar, LLP, as and for its Verified Complaint against Defendant TONGLI SHIPPING CO. LTD. ("TONGLI"), alleges upon information and belief as follows:

### JURISDICTION

1. This is an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure in that it involves claims for breaches of a maritime charter party contract. The case also falls within this Court's admiralty and maritime jurisdiction pursuant to 28 U.S.C. §1333, *et seq.* and / or the Arbitration Act, 9 U.S.C. §1 *et seq.* and /or §201 *et seq.* and this Court's federal question jurisdiction pursuant to 28 U.S.C. §1331.

## PARTIES

2. At all times relevant hereto, LIBRA was and still is a foreign business entity organized and existing under the laws of a foreign country, with a registered office and place of business at Shenton Way, 19-08 Shenton House, Singapore 068805. LIBRA was at all relevant times the charterer of the vessel M/V FAR EAST SUN.

3. At all times relevant hereto, TONGLI was and still is a business entity organized and existing under the laws of a foreign country, with an office and place of business at Room 1506, Qili Mansion, 80 Chaoyang Street, Yantai, China. TONGLI was the owner of the M/V FAR EAST SUN.

## NATURE OF THE CLAIMS

4. On or about December 1, 2007, TONGLI, as owner of the M/V FAR EAST SUN, entered into a maritime contract on an amended GENCON charter party form with LIBRA as charterer, for the use and operation of the vessel.

5. The charter party contract between LIBRA and TONGLI contemplated one charter trip for the transportation onboard the vessel of 20,000 MT of BULK MAIZE, 10% MOLOO ("more or less in owner's option"), from the loading port of Kakinada, India, to the discharging ports of Kunsan, Inchon and Ulsan, in South Korea.

6. TONGLI tendered the M/V FAR EAST SUN under the charter party agreement and the vessel commenced performance under the command and operation of LIBRA.

7. LIBRA has met all of its obligations to TONGLI pursuant to their charter party agreement.

## CLAIMS FOR OUTSTANDING DESPATCH

8. LIBRA, as per the terms of the charter party agreement, was required to complete loading and discharge operations at each port in 6 days, 20 hours and 41 minutes (*i.e.* the laytime). The charter party stipulated a despatch rate of "$13,500 per day pro rata at both ends". In essence, desptach is the compensation by the shipowner to the charterer as a "reward" when the charterer completes cargo operations in less time than the laytime allowed under the parties' maritime contract. Thus, if LIBRA completed the loading and discharging operations at each port in less time than that permitted under the charter, LIBRA was entitled to receive a reimbursement from TONGLI to be calculated on the basis of the saved time and the stipulated despatch rate.

9. At the loading port of Kakinada, LIBRA performed all cargo operations in 5 days, 1 hour and 19 minutes, thereby saving a total time of 1 day, 19 hours and 22 minutes. As a result, LIBRA was entitled to receive despatch from TONGLI in the sum of $24,400.88, or 1.8075 days x $13,500. Exhibit A annexed hereto specifically shows how the Kakinada despatch claim was calculated.

10. At the discharging port of Kunsan, LIBRA performed all cargo operations in 2 days, 3 hour and 40 minutes, thereby saving a total time of 4 days, 17 hours and 1 minute. As a result, LIBRA was entitled to receive despatch from TONGLI in the sum of $63,579.00, or 4.7096 days x $13,500. Exhibit B annexed hereto specifically shows how the Kunsan despatch claim was calculated.

11. Although LIBRA duly demanded full payment in the sum of $87,979.88 for its outstanding despatch claims, TONGLI, in violation of the charter party contract, has wrongfully refused or otherwise failed to pay same.

## RELIEF SOUGHT

12.     Pursuant to the terms of the charter party contract, all disputes are subject to London arbitration, with English law to apply. LIBRA has commenced arbitration proceedings against TONGLI in London. LIBRA specifically reserves its right to arbitrate the merits of its dispute with TONGLI pursuant to the terms of the charter party contract.

13.     This action is brought to obtain jurisdiction over TONGLI and to obtain security in favor of LIBRA in respect to its despatch claims against TONGLI, including but not limited to interest, LIBRA's anticipated attorneys' fees and costs in the arbitration, all of which are recoverable as part of the Plaintiff's main claims under English law.

14.     After investigation, Defendant TONGLI cannot be "found" within this District for the purpose of Rule B of the Supplemental Rules of Certain Admiralty and Maritime Claims, but Plaintiff is informed that Defendant has, or will shortly have, assets within this District comprising, *inter alia*, cash, funds, credits, debts, wire transfers, accounts, letters of credit, freights, sub-freights, charter hire and/or sub-charter hire, of, belonging to, due or for the benefit of Defendant or as may be held, received or transferred for its benefit at, moving through, or being transferred and/or wired to or from banking institutions or such other garnishees who may be served with a copy of the Process of Attachment issued herein.

15.     As nearly as presently can be computed, the total amount sought to be attached pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims by LIBRA against TONGLI includes:

(a) LIBRA's claim for outstanding dispatch at the port of Kakinada in the sum of $24,400.88;

(b) LIBRA's claim for outstanding dispatch at the port of Kunsan in the sum of $63,579.00;

 (c) Interest in the amount of $25,251.86, calculated on the above sums at the rate of 8.5% per annum, compounded quarterly, for three years, the estimated time it will take to obtain a final arbitration award according to the advice of English solicitors, which interest is recoverable under English law; and

 (d) Legal fees, arbitrator fees and costs that will be incurred by Plaintiff in respect to the London arbitration which are recoverable pursuant to English law and are estimated to be by English solicitors in the sum of $30,000.

 16. Based upon the foregoing, the total amount LIBRA seeks to attach in this action, pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims, is **$143,231.74.**

 W H E R E F O R E, Plaintiff LIBRA prays:

 a. That process in due form of law according to the practice of this Court may issue against Defendant TONGLI, citing it to appear and answer the foregoing, failing which a default will be taken against it for the principal amount of the claim of $87,979.88, plus interest, costs and attorneys' fees;

 b. That if the Defendant cannot be found within this District pursuant to Supplemental Rule B, all tangible or intangible property of the Defendant as described herein, up to and including the amount of the claims of **$143,231.74** be restrained and attached, including, but not limited to any cash, funds, credits, debts, wire transfers, accounts, letters of credit, freights, charter hire, sub-charter hire, and/or other assets of, belonging to, due, held or being transferred to or for the benefit of the Defendant at, moving through, or being transferred and/or wired

to or from banking institutions or such other garnishees who may be served with a copy of the Process of Attachment issued herein;

c. That the Court enter an order directing Defendant to appear and respond in arbitration as required, or, to the extent an award is rendered against the Defendant, to confirm that award as a judgment of this Court; and

d. That Plaintiff have such other, further and different relief as this Court may deem just and proper.

Dated: New York, New York
April 11, 2008

> FREEHILL HOGAN & MAHAR, LLP
> Attorneys for Plaintiff
> LIBRA SHIPPING PTE. LTD.
>
> By: *[signature]*
> Don P. Murnane, Jr. (DM 3639)
> Manuel A. Molina (MM 1017)
> 80 Pine Street
> New York, NY 10005

## ATTORNEY VERIFICATION

State of New York    )
                             ) ss.:
County of New York )

      Manuel A. Molina, being duly sworn, deposes and says:

1.    I am an attorney with the law firm of Freehill Hogan & Mahar, LLP, attorneys for the Plaintiff in this action. I have read the foregoing Amended Verified Complaint and know the contents thereof, and the same is true to the best of my knowledge, information and belief.

2.    The sources of my information and the grounds for my belief are communications from our client and documents provided by our client regarding this claim.

3.    The reason this verification is made by an attorney and not by the Plaintiff is because the Plaintiff is a foreign entity, none of whose officers are presently within the State of New York.

_____
Manuel A. Molina

Sworn to before me this
11th day of April, 2008

_____
NOTARY PUBLIC

JOAN SORRENTINO
Notary Public, State of New York
No. 01SO6067227
Qualified in New York County
Commission Expires December 3, 2009

**EXHIBIT A**

*Libra Shipping Services LLC*

P.O.Box 27184 , Dubai, U.A.E

## LAYTIME CALCULATIONS

OUR REF   ( 005 )

M / V    **FAREAST SUN**              LOADED AT    **KAKINADA**
A / C    **TONGLI SHIPPING CO. LTD.**

| | dd/mm/yy | hh:mm | Day |
|---|---|---|---|
| VESSEL ARRIVED: | 17-Dec-07 | 21:30 | Mon |
| NOR TENDERED | 17-Dec-07 | 21:30 | Mon |
| NOR DEEMD TO BE TENDERED | 18-Dec-07 | 8:00 | Tue |
| NOR DEEMD TO BE ACCEPTED | 18-Dec-07 | 8:00 | Tue |
| LOADING   COMMENCED: | 19-Dec-07 | 19:30 | Wed |
| LOADING   COMPLETED: | 31-Dec-07 | 22:40 | Mon |
| LAYTIME TO COMMENCE : | 18-Dec-07 | 13:00 | Tue |
| TIME TO START COUNTING | 18-Dec-07 | 13:00 | Tue |

| | | | |
|---|---|---|---|
| BILL OF LADING TONNAGE   LOADED | 20,587.00 MT | LAYCAN | 12/20 DECEMBER 2007 |
| DEMURRAGE RATE | 27,000 USD   as per agreement | NOR | OFFICE HRS |
| DESPATCH RATE | 13,500 USD | TURN TIME | 13 - 8 SAT NOON |
| LOADING   RATE AS PER AGREEMENT: | 3,000 MT    SHEX EIU | | |

| DATE | DAY | FROM hh:mm | TO hh:mm | TIME TO COUNT Y/N | | DESCRIPTION | TIME USED d hh mm | TOTAL TIME d hh mm | REMARKS |
|---|---|---|---|---|---|---|---|---|---|
| 18-Dec-07 | Tue | 13:00 | 14:30 | Y | 1.00 | | 0 01 30 | 0 01 30 | |
| | | 14:30 | 24:00 | N | 0.00 | HATCH FAILED | 0 | 0 01 30 | |
| 19-Dec-07 | Wed | 0:00 | 14:00 | N | 0.00 | HATCH FAILED | 0 | 0 01 30 | |
| | | 14:00 | 24:00 | Y | 1.00 | | 0 10 00 | 0 11 30 | |
| 20-Dec-07 | Thu | 0:00 | 11:00 | Y | 1.00 | | 0 11 00 | 0 22 30 | |
| | | 11:00 | 12:00 | Y | 0.50 | DERRICK NO. 3 & 4 REPAIR | 0 00 30 | 0 23 00 | |
| | | 12:00 | 24:00 | N | 0.00 | CP HOLIDAY (BAKRI EDD) | 0 | 0 23 00 | |
| 21-Dec-07 | Fri | 0:00 | 24:00 | N | 0.00 | CP HOLIDAY (BAKRI EDD) | 0 | 0 23 00 | |
| 22-Dec-07 | Sat | 0:00 | 8:00 | N | 0.00 | CP HOLIDAY (BAKRI EDD) | 0 | 0 23 00 | |
| | | 8:00 | 12:00 | Y | 1.00 | | 0 04 00 | 1 03 00 | |
| | | 12:00 | 24:00 | N | 0.00 | SHEX EIU | 0 | 1 03 00 | |
| 23-Dec-07 | Sun | 0:00 | 24:00 | N | 0.00 | SHEX EIU | 0 | 1 03 00 | |
| 24-Dec-07 | Mon | 0:00 | 8:00 | N | 0.00 | SHEX EIU | 0 | 1 03 00 | |
| | | 8:00 | 12:00 | Y | 1.00 | | 0 04 00 | 1 07 00 | |
| | | 12:00 | 24:00 | N | 0.00 | CP HOLIDAY (CHRISTMAS) | 0 | 1 07 00 | |
| 25-Dec-07 | Tue | 0:00 | 24:00 | N | 0.00 | CP HOLIDAY (CHRISTMAS) | 0 | 1 07 00 | |
| 26-Dec-07 | Wed | 0:00 | 8:00 | N | 0.00 | CP HOLIDAY (CHRISTMAS) | 0 | 1 07 00 | |
| | | 8:00 | 21:14 | Y | 1.00 | | 0 13 14 | 1 20 14 | |
| | | 21:14 | 21:35 | N | 0.00 | SHIFTING | 0 | 1 20 14 | |
| | | 21:35 | 24:00 | Y | 1.00 | | 0 02 25 | 1 22 39 | |
| 27-Dec-07 | Thu | 0:00 | 24:00 | Y | 1.00 | | 1 00 00 | 2 22 39 | |
| 28-Dec-07 | Fri | 0:00 | 24:00 | Y | 1.00 | | 1 00 00 | 3 22 39 | |
| 29-Dec-07 | Sat | 0:00 | 12:00 | Y | 1.00 | | 0 12 00 | 4 10 39 | |
| | | 12:00 | 24:00 | N | 0.00 | SHEX EIU | 0 | 4 10 39 | |
| 30-Dec-07 | Sun | 0:00 | 24:00 | N | 0.00 | SHEX EIU | 0 | 4 10 39 | |
| 31-Dec-07 | Mon | 0:00 | 8:00 | N | 0.00 | SHEX EIU | 0 | 4 10 39 | |
| | | 8:00 | 22:40 | Y | 1.00 | | 0 14 40 | 5 01 19 | |

TIME ALLOWED:        6 d  20 hrs  41 mins         TOTAL TIME USED:   5 d  01 hrs  19 mins

TIME SAVED      1 d  19 hrs  22 mins

DESPATCH DUE IN DAYS:     1.8075        at US$    13,500   pdpr=            24,400.88  US$
des/dem sums                 1.8075

E.O.E.

**EXHIBIT B**

*Libra Shipping Services LLC*

P.O.Box 27184 , Dubai, U.A.E

## LAYTIME CALCULATIONS

OUR REF ( 005 )

M / V  FAREAST SUN         DISCHARGED AT  KUNSAN
A / C  TONGLI SHIPPING CO., LTD.

|  | dd/mm/yy | hh:mm | Day |
|---|---|---|---|
| VESSEL ARRIVED: | 24-Jan-08 | 13:40 | Thu |
| NOR TENDERED | 24-Jan-08 | 13:40 | Thu |
| NOR DEEMD TO BE TENDERED | 24-Jan-08 | 13:40 | Thu |
| UNLOADING COMMENCED: | 24-Jan-08 | 18:00 | Thu |
| UNLOADING COMPLETED: | 29-Jan-08 | 17:00 | Tue |
| LAYTIME TO COMMENCE : | 25-Jan-08 | 6:00 | Fri |
| TIME TO START COUNTING | 25-Jan-08 | 6:00 | Fri |

| BILL OF LADING TONNAGE | UNLOADED | 20,587.00 | MT |  |  |  |
|---|---|---|---|---|---|---|
| DEMURRAGE RATE |  | 27,000 | USD |  | LAYCAN |  |
| DESPATCH RATE |  | 13,500 | USD | as per agreement | NOR | OFFICE HRS |
| UNLOADING RATE AS PER AGREEMENT: | 3,000 | MT | SHEX EIU | TURN TIME | 13 - 8 SAT NOON |

| DATE | DAY | FROM hh:mm | TO hh:mm | TIME TO COUNT Y/N |  | DESCRIPTION | TIME USED d hh mm | TOTAL TIME d hh mm | REMARKS |
|---|---|---|---|---|---|---|---|---|---|
| 25-Jan-08 | Fri | 6:00 | 8:40 | Y | 1.00 |  | 0 02 40 | 0 02 40 |  |
|  |  | 8:40 | 12:00 | y | 0.75 | DERRICK NO.1 OUT OF ORDER. | 0 02 30 | 0 05 10 |  |
|  |  | 12:00 | 24:00 | y | 1.00 |  | 0 12 00 | 0 17 10 |  |
| 26-Jan-08 | Sat | 0:00 | 12:00 | y | 1.00 |  | 0 12 00 | 1 05 10 |  |
|  |  | 12:00 | 24:00 | n | 0.00 | SHEX EIU | 0 | 1 05 10 |  |
| 27-Jan-08 | Sun | 0:00 | 24:00 | N | 0.00 | SHEX EIU | 0 | 1 05 10 |  |
| 28-Jan-08 | Mon | 0:00 | 8:00 | N | 0.00 |  | 0 | 1 05 10 |  |
|  |  | 8:00 | 18:00 | Y | 1.00 |  | 0 10 00 | 1 15 10 |  |
|  |  | 18:00 | 24:00 | Y | 0.25 | NTC - cargo seperation difficulty | 0 01 30 | 1 16 40 |  |
| 29-Jan-08 | Tue | 0:00 | 8:00 | Y | 0.25 | NTC - cargo seperation difficulty | 0 02 00 | 1 18 40 |  |
|  |  | 8:00 | 17:00 | Y | 1.00 |  | 0 09 00 | 2 03 40 |  |

TIME ALLOWED:    6 d  20 hrs  41 mins      TOTAL TIME USED:  2 d  03 hrs  40 mins

TIME SAVED    4 d  17 hrs  01 mins

DESPATCH DUE IN DAYS:   4.7096      at US$   13,500   pdpr=      63,579.00  US$
des/dem sums           4.7096

E.O.E.