COURTESY COPY

199-08/DPM/MAM
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
LIBRA SHIPPING PTE. LTD.
80 Pine Street
New York, NY 10005
Telephone: (212) 425-1900 / Facsimile: (212) 425-1901
Don P. Murnane, Jr. (DM 3639)
Manuel A. Molina (MM 1017)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
LIBRA SHIPPING PTE. LTD.,

          Plaintiff,

-against-

TONGLI SHIPPING CO. LTD.,

          Defendant.
-----------------------------------------------------------------x

08 CIV.      (      )

**RULE 7.1 STATEMENT**

Pursuant to Federal Rules of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification, or recusal, Plaintiff LIBRA SHIPPING PTE. LTD. (a private non-governmental party), by and through its undersigned attorneys Freehill Hogan & Mahar, LLP, certifies that it has no corporate parents, affiliates and/or subsidiaries which are publicly held.

Dated: New York, New York
      April 11, 2008

                      FREEHILL HOGAN & MAHAR, LLP
                      Attorneys for Plaintiff
                      LIBRA SHIPPING PTE. LTD.

       By: _____
               Manuel A. Molina (MM 1017)