*Sullivan, J*

199-08/DPM/MAM
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
LIBRA SHIPPING PTE. LTD.
80 Pine Street
New York, NY 10005
Telephone: (212) 425-1900 / Facsimile: (212) 425-1901
Don P. Murnane, Jr. (DM 3639)
Manuel A. Molina (MM 1017)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/16/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
LIBRA SHIPPING PTE. LTD.,

                Plaintiff,

-against-

TONGLI SHIPPING CO. LTD.,

                Defendant.
-----------------------------------------------------------x

08 CIV. 3538 (RJS)

**NOTICE OF VOLUNTARY**
**DISCONTINUANCE**

      The parties having reached a settlement agreement and Defendant TONGLI SHIPPING CO. LTD. not having entered an appearance, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff LIBRA SHIPPING PTE. LTD. provides its notice of voluntary discontinuance without prejudice of this action.

Dated: New York, New York
       June 16, 2008

                                      FREEHILL HOGAN & MAHAR, LLP
                                      Attorneys for Plaintiff
                                      LIBRA SHIPPING PTE. LTD.

                          By: _____
                              Manuel A. Molina (MM 1017)
                              80 Pine Street
                              New York, NY 10005
                              (212) 425-1900

"SO ORDERED"
_____
Richard J. Sullivan, U.S.D.J.
             6/16/08

NYDOCS1/306730.1